

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| FORD MOTOR COMPANY, | | No. 08-18-00193-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 83rd District Court |
| | § | |
| PETER GARZA, INDIVIDUALLY | | of Pecos County, Texas |
| AND AS NEXT FRIEND OF S.G., A | § | |
| MINOR, AND ON BEHALF OF THE | | (TC# P-7725-83-CV) |
| ESTATES OF STEPHANIE GARZA, | § | |
| TAYLOR GARZA, PETER JAMES | | |
| GARZA, AND JESSE GARZA, | § | |
| DECEASED, and JIM FISK and | | |
| MARY FISK, | § | |
| | | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.